

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-13-00675-CV

Style: Adenrele Oladapo-Jimoh

**v**. Joshua Nwogo and Linda Nwogo

Date motions filed: January 10, 2014 and January 13, 2014

Type of motions: Motion for Leave to File Amended Motion to Extend Time to File Appellant's Brief and

Amended Motion to Extend Time to File Appellant's Brief

Party filing motion: Appellant

Documents to be filed: Amended Motion to Extend Time to File Appellant's Brief and Appellant's Brief

Is appeal accelerated? No

If motion to extend time:
　　　　Original due date:
　　　　Number of previous extensions granted: 　　　　　　　　Current Due date:
　　　　Date Requested:

Ordered that motion is:

☐　　　Granted

　　　　If document is to be filed, document due:

　　　　☐　　　Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐　　　Denied

☑　　　Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐　　　Other: _____

On January 10, 2014, the Court granted appellant's motion to extend time to file appellant's brief to January 9, 2014. Appellant's brief was filed on January 9, 2014. Accordingly, appellant's motion for leave to file amended motion to extend time to file appellant's brief and amended motion to extend time to file appellant's brief are dismissed.

Judge's signature:　/s/ <u>Justice Terry Jennings</u>
　　　　　　　　　☑ Acting individually　　☐ Acting for the Court

Panel consists of _____

Date: February 18, 2014

November 7, 2008 Revision